No. 75. CALIFORNIA v. BYERS. Sup. Ct. Cal. [Certiorari granted, 397 U. S. 1035.] Motion of respondent for appointment of counsel granted. It is ordered that John W. Poulos, Esquire, of Davis, California, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 84. UNITED STATES v. VUITCH. Appeal from D. C. D. C. [Probable jurisdiction postponed, 397 U. S. 1061.] Motions of Robert L. Sassone and the National Legal Program on Health Problems of the Poor for leave to file briefs as amici curiae granted. Motion of Dr. Bart Heffernan for leave to participate in oral argument as amicus curiae denied.

No. 115. JIMENEZ ET AL. v. NAFF, YAKIMA COUNTY AUDITOR, ET AL. Appeal from D. C. E. D. Wash. [Probable jurisdiction noted, 397 U. S. 1005.] Motion of appellants to consolidate with No. 46, Orig. [supra], for oral argument denied.

No. 123. INTERNATIONAL BROTHERHOOD OF BOILER-MAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS & HELPERS, AFL–CIO v. HARDEMAN. C. A. 5th Cir. [Certiorari granted, 398 U. S. 926.] Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as amicus curiae granted.

No. 124. GRIGGS ET AL. v. DUKE POWER Co. C. A. 4th Cir. [Certiorari granted, 399 U. S. 926.] Motion of United Steelworkers of America, AFL–CIO, for leave to file a brief as amicus curiae granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion.

No. 128. IN RE BURRUS ET AL. Sup. Ct. N. C. [Certiorari granted, 397 U. S. 1036.] Motion of Commonwealth of Massachusetts for leave to participate in oral argument as amicus curiae denied.